IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY TOLLIVER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CV-1281-SMY-SCW |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims and cross-claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant and all cross-claims are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** October 2, 2018

                                      **THOMAS L. GALBRAITH**, Acting Clerk of Court

                                      **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**    <u>s/ Staci M. Yandle</u>
                   **STACI M. YANDLE**
                   **DISTRICT JUDGE**